IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TERRENCE REY BARNES,**

    **Plaintiff,**

**v.**                                                                                     **No. 12-cv-1216 SMV**

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

    **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION TO SEAL ADMINISTRATIVE RECORD

THIS MATTER is before the Court on Defendant's Unopposed Motion to Seal Administrative Record [Doc. 13], filed February 1, 2013.  The Court, being advised that Plaintiff concurs in the granting of the motion, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed.  Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

                                                                         **STEPHAN M. VIDMAR**
                                                                         **United States Magistrate Judge**
                                                                         **Presiding by Consent**